THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| MARGARET HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFEWAY, INC., a foreign corporation doing business in the State of Washington,<br><br>　　　　　　　Defendant. | No. 3:21-cv-05023-RSM<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

1. Plaintiff agrees to dismissal of her claims against the defendant with prejudice and without costs to either party.

2. Defendant agrees to immediately, upon receipt of Plaintiff's counsel's signature on this stipulation, stop medical records collection that is currently in process pursuant to a January 7, 2021, stipulation between the parties in this matter and provide to Plaintiff's counsel the records obtained pursuant to this stipulation without retaining a copy.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
R:\6916\PLEADINGS\dismissal.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

3.   The parties jointly request that the court enter the subjoined order of dismissal.  The parties waive notice of presentment.

Dated:  January 20, 2021.

| GS JONES LAW GROUP, P.S. | TURNER KUGLER LAW, PLLC |
|---|---|
| By:     s/ John D. Groseclose<br>　　John D. Groseclose, WSBA #29104<br>　　Attorney for Plaintiff | By:     s/ John T. Kugler<br>　　John T. Kugler, WSBA # 19960<br>　　Attorney for Defendant |

## II.  ORDER

THIS MATTER came before the court based on the foregoing stipulation of the parties for dismissal.  It is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

Dated:   January 22     , 2021.

_____
Ricardo S. Martinez
Chief United States District Judge

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By:     s/ John T. Kugler
　　John T. Kugler, WSBA # 19960
　　Attorney for Defendant

STIPULATION FOR AND ORDER OF DISMISSAL - 2
R:\6916\PLEADINGS\dismissal.stip.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff</u>:
John Groseclose
GSJones Law Group
1155 Bethel Ave.
Port Orchard, WA 98366
john@gsjoneslaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    *s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant Safeway Inc.
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

STIPULATION FOR AND ORDER OF DISMISSAL - 3
R:\6916\PLEADINGS\dismissal.stip.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679